UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

N.K., et al.,

                        25-CV-09525 (JLR) (VF)

               Plaintiffs,

                         **ORDER**

       -against-

NEW YORK CITY PUBLIC SCHOOLS,

               Defendant.

-----------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the order at ECF No. 14, the parties are directed to file a joint status letter by **May 12, 2026**.

     **SO ORDERED.**

DATED:    New York, New York
          March 31, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge